# 06-CV-01896

nFri Sep 22 16:28:46 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.   100 271162
Cashier       stacie

C.C. Number: SEE CC REC          09/08

DO Code     Div No
  4613        1

| Sub Acct | Type | Tender | Amount |
|----------|------|--------|--------|
| 1:510000 | N | 4 | 190.00 |
| 2:086900 | N | 4 | 60.00 |
| 3:086400 | N | 4 | 100.00 |

Total Amount       $   350.00

FROM MERRIAM LAW FIRM

06-CV-01896, NEW CASE, SG