

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

September 25, 2006

See Notice of Electronic Filing

    Re:    Winfrey Architectural Concrete, Inc., vs. The United States of America
            Civil Action Number: 06-cv-01896-AP

Dear Counsel:

    Upon review of the file we note this case appears to be an administrative agency appeal.  This case was randomly drawn to Senior District Judge Richard P. Matsch in error.  This case should have been assigned to the AP Docket pursuant to D.C.COLO.LCivR 40.1E.

    Please note that the new case number is 06-cv-01896-AP.  All future pleadings should reference the new case number as shown above.

    Thank you for your cooperation in this matter.

                            Very truly yours,
                            GREGORY C. LANGHAM, CLERK


                            By: s/ Gail Shaw
                                Deputy Clerk

(Rev. 10/02)