IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01896-AP**

**WINFREY ARCHITECTURAL CONCRETE, INC.**,

          Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

          Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Pre-Briefing Conference has been set for **October 24, 2006 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  The purpose of the pre-briefing conference will be to:

1. Determine whether the appeal is perfected and this court has jurisdiction.
2. Determine if this appeal is related to any other cases before this Court.
3. Narrow the issues of the appeal.
4. Review and refine the designation of the record, where appropriate.
5. Discuss potential resolution of the matter without the necessity of court ruling.
6. Establish the briefing schedule.

All parties are advised that the Local Rules of Practice for the District of Colorado apply to this civil action and that, in particular, D.C.COLO.LCivR 7.1 A. will be strictly enforced.  Counsel are directed to confer, regarding items 1 through 6 before the conference.

The parties shall prepare and file at least 5 business days before the Pre-Briefing Conference a document containing an overview of the case from each parties point of view, a summary of the evidence in support of that point of view and a list of issues presented on appeal**.**

Dated:  October 4, 2006