**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  December 12, 2006                              FTR: Kathy Terasaki
                                                      Deputy Clerk: LaDonne Bush

Civil Action No. 06-AP-01896-JLK

WINFREY ARCHITECTURAL                                 Ted Merriam
CONCRETE, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,                         Chad Nardiello

Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

1:57 p.m.      Court in session.

Counsel agree that the appeal will be on the current record with no motions practice.

**ORDERED:**  Record shall be submitted to plaintiff's counsel by January 12, 2007.  By February 13, 2007, plaintiff's brief shall be filed and plaintiff shall file the record.  The answer brief is due on March 5, 2007, and the reply brief is due on March 20, 2007.

2:08 p.m.      Court in recess.

Hearing concluded.
Time in court: 00:11