IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01896-AP

Winfrey Architectural Concrete, Inc.,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

**UNOPPOSED MOTION TO ALTER BRIEFING SCHEDULE**

The Plaintiff, Winfrey Architectural Concrete, Inc., by and through its attorneys, Ted H. Merriam and Kevin A. Planegger, moves the Court to alter the Briefing Schedule. In support of this motion, the Plaintiff states as follows:

1. The Complaint in this case was filed on September 22, 2006. In this Complaint, the Plaintiff alleged that the IRS Appeals Settlement Officer was not impartial and did not conduct a fair hearing; that the Appeals Settlement Officer abused his discretion by sustaining proposed enforced collection action

against the Plaintiff; and that less intrusive methods of collection were available.

2. At the Pre-Briefing Conference held on December 12, 2006, Judge John L. Kane set February 13, 2007, as the filing date for the Plaintiff's brief and the filing of the Administrative Record ("record"), March 5, 2007 as the filing date for the answer brief, and March 20, 2007 as the filing date for the reply brief.

3. The parties are engaged in ongoing settlement discussions, which we hope will dispose of this case in the next few weeks. A mutually agreeable resolution to this case will save the time and resources of the Court, as well as the parties.

4. Given the focus on settlement discussions, the Plaintiff will not have adequate time to review the Administrative Record and file its brief, currently due February 13, 2007. Therefore, the Plaintiff requests that the briefing schedule be extended 30 days so that the Plaintiff's brief and the record are due March 15, 2007, the answer brief is due April 4, 2007, and the reply brief is due April 19, 2007.

5. The Government's attorney, Chad Nardiello, has no objection to this motion.

6. This motion is made in good faith and not for purposes of delay.

WHEREFORE, the Plaintiff moves the Court to alter the briefing schedule as set forth in paragraph 4 above.

Dated: February 12, 2007

                Merriam Law Firm, P.C.

        By:  <u>s/Ted H. Merriam</u>
              Ted H. Merriam

        By:  <u>s/Kevin A. Planegger</u>
              Kevin A. Planegger

              1625 Broadway, Suite 770
              Denver, Colorado 80202
              Telephone: (303) 592-5404
              Email: tmerriam@taxlaw2848.com

              Attorneys for the Plaintiff

- 4 -

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing <u>Unopposed Motion to Alter Briefing Schedule</u> was served on the below listed party by first-class mailing the same in a postage-paid envelope on February 12, 2007 to:

    Chad D. Nardiello
    Trial Attorney, Tax Division
    United States Department of Justice
    P.O. Box 683, Ben Franklin Station
    Washington D.C. 20044

                                 <u>s/Kevin A. Planegger</u>
                                 Kevin A. Planegger