IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01896-AP**

**WINFREY ARCHITECTURAL CONCRETE, INC.**,

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Unopposed Motion to Alter Briefing Schedule (doc. #8), filed February 12, 2007, is GRANTED.  Opening brief is due March 15, 2007; response brief is due April 4, 2007; reply brief is due April 19, 2007.

Dated:  February 13, 2007