IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01896-AP

Winfrey Architectural Concrete, Inc.,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

**UNOPPOSED MOTION TO ALTER BRIEFING SCHEDULE**

The Plaintiff, Winfrey Architectural Concrete, Inc., by and through its attorneys, Ted H. Merriam and Kevin A. Planegger, moves the Court to alter the Briefing Schedule. In support of this motion, the Plaintiff states as follows:

1. The Complaint in this case was filed on September 22, 2006. In this Complaint, the Plaintiff alleged that the IRS Appeals Settlement Officer was not impartial and did not conduct a fair hearing; that the Appeals Settlement Officer abused his discretion by sustaining proposed enforced collection action

against the Plaintiff; and that less intrusive methods of collection were available.

2. At the Pre-Briefing Conference held on December 12, 2006, Judge John L. Kane set February 13, 2007, as the filing date for the Plaintiff's brief and the filing of the Administrative Record ("record"), March 5, 2007 as the filing date for the answer brief, and March 20, 2007 as the filing date for the reply brief.

3. In the Order dated February 13, 2007, Judge John L. Kane extended the briefing schedule 30 days and set March 15, 2007, as the filing date for the Plaintiff's brief and the filing of the Administrative Record ("record"), April 4, 2007 as the filing date for the answer brief, and 19, 2007 as the filing date for the reply brief.

4. The parties continue to engage in settlement discussions, which we hope will dispose of this case in the next few weeks. A settlement entails providing substantial financial documentation to IRS and considerable communication between the parties. The parties have already made significant strides towards a mutually agreeable resolution to this case and

identified several possible settlement options.  A settlement will save the time and resources of the Court, as well as the parties.

5.  Given the continued focus on settlement, the Plaintiff will not have adequate time to review the Administrative Record and file its brief, currently due March 15, 2007.  Therefore, the Plaintiff requests that the briefing schedule be extended 15 days so that the Plaintiff's brief and the record are due March 30, 2007, the answer brief is due April 19, 2007, and the reply brief is due May 4, 2007.

6. The Government's attorney, Chad Nardiello, has no objection to this motion.

7.  This motion is made in good faith and not for purposes of delay.

WHEREFORE, the Plaintiff moves the Court to alter the briefing schedule as set forth in paragraph 4 above.

Dated: March 14, 2007

                        Merriam Law Firm, P.C.

                  By:  <u>s/Ted H. Merriam</u>
                        Ted H. Merriam

                  By:  <u>s/Kevin A. Planegger</u>
                        Kevin A. Planegger

                        1625 Broadway, Suite 770
                        Denver, Colorado 80202
                        Telephone: (303) 592-5404
                        Email: tmerriam@taxlaw2848.com

                        Attorneys for the Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing <u>Unopposed Motion to Alter Briefing Schedule</u> was served on the below listed party by first-class mailing the same in a postage-paid envelope on March 14, 2007 to:

Chad D. Nardiello
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington D.C. 20044

<u>s/Kevin A. Planegger</u>
Kevin A. Planegger