IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01896-AP**

**WINFREY ARCHITECTURAL CONCRETE, INC.**,

       Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

       Defendant.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Alter Briefing Schedule (doc. #11), filed March 14, 2007, is GRANTED. Opening brief is due March 30, 2007; response brief is due April 19, 2007; reply brief is due May 4, 2007.

Dated: March 15, 2007