IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01896-AP

Winfrey Architectural Concrete, Inc.,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

**UNOPPOSED MOTION TO ALTER BRIEFING SCHEDULE**

The Plaintiff, Winfrey Architectural Concrete, Inc., by and through its attorneys, Ted H. Merriam and Kevin A. Planegger, moves the Court to alter the Briefing Schedule. In support of this motion, the Plaintiff states as follows:

1. The Complaint in this case was filed on September 22, 2006. In this Complaint, the Plaintiff alleged that the IRS Appeals Settlement Officer was not impartial and did not conduct a fair hearing; that the Appeals Settlement Officer abused his discretion by sustaining proposed enforced collection action

against the Plaintiff; and that less intrusive methods of collection were available.

2. At the Pre-Briefing Conference held on December 12, 2006, Judge John L. Kane set February 13, 2007, as the filing date for the Plaintiff's brief and the filing of the Administrative Record ("record"), March 5, 2007 as the filing date for the answer brief, and March 20, 2007 as the filing date for the reply brief.

3. The Plaintiff filed and Unopposed Motion to Extend the Briefing Schedule on February 12, 2007, based on the likelihood of a comprehensive settlement to the case.

4. In the Order dated February 13, 2007, Judge John L. Kane extended the briefing schedule 30 days and set March 15, 2007, as the filing date for the Plaintiff's brief and the filing of the Administrative Record ("record"), April 4, 2007 as the filing date for the answer brief, and April 19, 2007 as the filing date for the reply brief.

5.  The Plaintiff filed and Unopposed Motion to Extend the Briefing Schedule on March 14, 2007, based on the likelihood of a comprehensive settlement to the case.

6.  In the Order dated March 15, 2007, Judge John L. Kane extended the briefing schedule 15 days and set March 30, 2007, as the filing date for the Plaintiff's brief and the filing of the Administrative Record ("record"), April 19, 2007 as the filing date for the answer brief, and May 4, 2007 as the filing date for the reply brief.

7.  The parties continue to engage in settlement discussions, which we hope will dispose of this case in the next few weeks.  On March 19, 2007, the Plaintiff submitted a proposal for settlement to IRS.  IRS was encouraged by the strength of this proposal, but has requested additional information.  A settlement will entail providing substantial financial documentation to IRS and considerable communication between the parties.  The parties have already made significant strides towards a mutually agreeable resolution to this case and are now working on a specific settlement plan.  A settlement will save the time and resources of the Court, as well as the parties.

8. Given the continued focus on settlement, the Plaintiff will not have adequate time to review the Administrative Record and file its brief, currently due March 30, 2007.  Therefore, the Plaintiff requests that the briefing schedule be extended 28 days so that the Plaintiff's brief and the record are due April 27, 2007, the answer brief is due May 17, 2007, and the reply brief is due June 1, 2007.

9. The Government's attorney, Chad Nardiello, has no objection to this motion.

- 4 -

10. This motion is made in good faith and not for purposes of delay.

WHEREFORE, the Plaintiff moves the Court to alter the briefing schedule as set forth in paragraph 8 above.

Dated: March 30, 2007

                    Merriam Law Firm, P.C.

          By:  <u>s/Ted H. Merriam</u>
                Ted H. Merriam

          By:  <u>s/Kevin A. Planegger</u>
                Kevin A. Planegger

                1625 Broadway, Suite 770
                Denver, Colorado 80202
                Telephone: (303) 592-5404
                Email: tmerriam@taxlaw2848.com

                Attorneys for the Plaintiff

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing <u>Unopposed Motion to Alter Briefing Schedule</u> was served on the below listed party by first-class mailing the same in a postage-paid envelope on March 30, 2007 to:

Chad D. Nardiello
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington D.C. 20044

<u>s/Kevin A. Planegger</u>
Kevin A. Planegger

- 6 -