IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01896-AP**

**WINFREY ARCHITECTURAL CONCRETE, INC.**,

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Unopposed Motion to Alter Briefing Schedule (doc. #14), filed March 30, 2007, is GRANTED.  Opening brief is due April 27, 2007; response brief is due May 17, 2007; reply brief is due June 1, 2007.

Dated:  March 30, 2007