IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01896-AP**

**WINFREY ARCHITECTURAL CONCRETE, INC.**,

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Unopposed Motion to Alter Briefing Schedule (doc. #17), filed April 27, 2007, is GRANTED. Opening brief is due May 18, 2007; response brief is due June 7, 2007; reply brief is due June 22, 2007.

Dated: April 27, 2007