IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01896-AP**

**WINFREY ARCHITECTURAL CONCRETE, INC.**,

          Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

          Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Unopposed Motion to Alter Briefing Schedule (doc. #20), filed May 17, 2007, is GRANTED.  Opening brief is due June 15, 2007; response brief is due July 5, 2007; reply brief is due July 20, 2007.

Dated:  May 17, 2007