IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01896-AP

Winfrey Architectural Concrete, Inc.,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**UNOPPOSED MOTION TO ALTER BRIEFING SCHEDULE**

---

    The Plaintiff, Winfrey Architectural Concrete, Inc., by and through its attorneys, Ted H. Merriam and Kevin A. Planegger, moves the Court to alter the Briefing Schedule. In support of this motion, the Plaintiff states as follows:

    1. The Complaint in this case was filed on September 22, 2006. In this Complaint, the Plaintiff alleged that the IRS Appeals Settlement Officer was not impartial and did not conduct a fair hearing; that the Appeals Settlement Officer abused his discretion by sustaining proposed enforced collection action

against the Plaintiff; and that less intrusive methods of collection were available.

2. At the Pre-Briefing Conference held on December 12, 2006, Judge John L. Kane set February 13, 2007, as the filing date for the Plaintiff's brief and the filing of the Administrative Record ("record"), March 5, 2007 as the filing date for the answer brief, and March 20, 2007 as the filing date for the reply brief.

3. The Plaintiff has filed five prior Unopposed Motions to Extend the Briefing Schedule, based on the likelihood of a comprehensive settlement to the case. The Plaintiff filed its last Unopposed Motion to Extend the Briefing Schedule on May 17, 2007.

4. Judge John L. Kane has granted the Plaintiff's Motions and extended the briefing schedule. In the Order dated May 17, 2007, Judge John L. Kane extended the briefing schedule so that the Plaintiff's brief and the Administrative Record ("record") are due June 15, 2007, the answer brief is due July 5, 2007, and the reply brief is due July 20, 2007.

5.  The parties continue to engage in settlement discussions, which we hope will dispose of this case. On March 19, 2007, the Plaintiff submitted a proposal for settlement to IRS. IRS was encouraged by the strength of this proposal, but requested additional information, which was delivered to IRS April 4, 2007. The Plaintiff's proposal was then tentatively accepted pending IRS management approval. It has been difficult for the parties to communicate and reach a settlement due to personnel changes within IRS. Finalizing the settlement will entail providing additional financial documentation to new IRS personnel and considerable communication between the parties. The parties have already made significant strides towards a mutually agreeable resolution to this case and are now working on completing the settlement plan. A settlement will save the time and resources of the Court, as well as the parties.

6. Given the continued focus on settlement, the Plaintiff will not have adequate time to review the Administrative Record and file its brief, currently due June 15, 2007. Therefore, the Plaintiff requests that the briefing schedule be extended 60 days so that the Plaintiff's brief and the record are due August 14, 2007, the answer brief is due September 3, 2007, and the reply brief is due September 18, 2007.

7. The Government's attorney, Chad Nardiello, has no objection to this motion.

8. This motion is made in good faith and not for purposes of delay.

WHEREFORE, the Plaintiff moves the Court to alter the briefing schedule as set forth in paragraph 6 above.

Dated: June 14, 2007

                Merriam Law Firm, P.C.

        By:  <u>s/Ted H. Merriam</u>
                Ted H. Merriam

        By:  <u>s/Kevin A. Planegger</u>
                Kevin A. Planegger

                1625 Broadway, Suite 770
                Denver, Colorado 80202
                Telephone: (303) 592-5404
                Email: tmerriam@taxlaw2848.com

                Attorneys for the Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing <u>Unopposed Motion to Alter Briefing Schedule</u> was served on the below listed party by first-class mailing the same in a postage-paid envelope on May 17, 2007 to:

Chad D. Nardiello
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington D.C. 20044

<u>s/Ted H. Merriam</u>
Ted H. Merriam