IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01896-AP

Winfrey Architectural Concrete, Inc.,

    Plaintiff,

  vs.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**UNOPPOSED MOTION TO DISMISS**

---

    The Plaintiff, Winfrey Architectural Concrete, Inc., by and through its attorneys, Ted H. Merriam and Kevin A. Planegger, moves the Court, pursuant to the Federal Rules of Civil Procedure 41(a)(2), to dismiss this case.  The parties

have reached a settlement.  The Government's attorney, Chad Nardiello, has no objection to this motion.

Dated: August 14, 2007

                       Merriam Law Firm, P.C.

              By:  <u>s/Ted H. Merriam</u>
                   Ted H. Merriam

              By:  <u>s/Kevin A. Planegger</u>
                   Kevin A. Planegger

                   1625 Broadway, Suite 770
                   Denver, Colorado 80202
                   Telephone: (303) 592-5404
                   Email: tmerriam@taxlaw2848.com

                   Attorneys for the Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing <u>Unopposed Motion to Dismiss</u> was served on the below listed party by first-class mailing the same in a postage-paid envelope on May 17, 2007 to:

Chad D. Nardiello
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington D.C. 20044

<u>s/Ted H. Merriam</u>
Ted H. Merriam