IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-01896-AP**

**WINFREY ARCHITECTURAL CONCRETE, INC.**,

        Plaintiff,

v.

**THE UNITED STATES OF AMERICA,**

        Defendant.

## ORDER DISMISSING CASE

Kane, J.

Based upon the representation that this case has settled, Plaintiff's Unopposed Motion to Dismiss (Doc. 26) is **GRANTED** and this case is **DISMISSED.** The parties shall bear their own costs and attorney fees.

Dated this 16th day of August, 2007.

        **s/John L. Kane**
        SENIOR U.S. DISTRICT JUDGE